UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____  )
                             )
**ELAINE CHAO,**             )
                             )
    **Plaintiff,**       )
                             )
    **v.**               )   Civil Action No. 06-285 (RWR)
                             )
**WASHINGTON TEACHERS' UNION** )
**LOCAL 6 OF THE AMERICAN**    )
**FEDERATION OF TEACHERS,**    )
                             )
    **Defendant.**       )
_____  )

**NOTICE AND ORDER TO SHOW CAUSE**

    Plaintiff filed this case on February 15, 2006. Federal Rule of Civil Procedure 4(m) authorizes a court to dismiss an action against a defendant upon proper notice where the plaintiff has not accomplished service of the summons and complaint on a defendant within one hundred twenty days of filing suit. It appearing that plaintiff has failed to serve defendant as required by Rule 4, it is hereby

    ORDERED that on or before June 30, 2006, plaintiff shall either present evidence of service on defendant or show cause why the case should not be dismissed for failure to effect service on defendant. Plaintiff is advised that failure to comply will result in dismissal of this case against defendant.

- 2 -

SIGNED this 20th day of June, 2006.

```
                            _____/s/_____
                            RICHARD W. ROBERTS
                            United States District Judge
```