# DCPS♦WATCH

# Washington Teachers Union

DCPSWatch Home

**Major Areas**
DC Public Schools
Special Education
State Education Office
Vouchers
WTU

**Calendars**
Board of Education
School Year

**Columns**
Elizabeth Davis
Ron Drake
Erich Martel
Nathan Saunders

**Directories**
Schools

Letters

Links

**Organizations**
DC Education Compact
Parents United
Proposition 100%

Press

Search

DCWatch Home

Washington Teachers Union web site

- Elaine Chao, Secretary of Labor, US Department of Labor, complaint against Washington Teachers Union election of officers, February 15, 2006
  - American Federation of Teachers, response to US Department of Labor complaint, February 21, 2006
  - Washington Teachers Union, response to US Department of Labor complaint, February 21, 2006
- Amended indictment of James Odell Baxter, II, James Goosby, Jr., and Gwendolyn M. Hemphill, August 2005
- Elizabeth Davis and Benita Nicholson, Challenges to the 2004 Washington Teachers Union Election of Officers, June 1, 2005
- Washington Teachers Union election results, January 26, 2005
- Saunders v. Hankerson, memorandum opinion by Judge Emmet G. Sullivan, US District Court for the District of Columbia, April 8, 2004
  - Saunders v. Hankerson, order by Judge Emmet G. Sullivan, April 8, 2004
  - Saunders v. Hankerson, order and final judgment by Judge Emmet G. Sullivan, November 21, 2005
- Indictment of James Odell Baxter, II, James Goosby, Jr., Gwendolyn M. Hemphill, and Robin J. Klein, November 20, 2003
- Cheryl H. Martin, statement of offenses and plea agreement in Washington Teachers Union embezzlement, November 19, 2003
- Errol Alderman, statement of offenses and plea agreement in Washington Teachers Union embezzlement, October 15, 2003
- Barbara Bullock, statement of offenses and plea agreement in Washington Teachers Union embezzlement, October 7, 2003
- Barbara Bullock, Criminal information in Washington Teachers Union Embezzlement, October 3, 2003
- Errol Alderman, Criminal information in Washington Teachers Union Embezzlement, September 30, 2003
- Judge Zoe Bush, Superior Court of the District of Columbia, Order enjoining DCPS from withholding negotiated teachers' salary increases, August 27, 2003
- George Springer, Administrator, Washington Teachers' Union, Superior Court Declaration asking for injunction against DCPS for withholding teachers' raises, July 11, 2003
- American Federation of Teachers, Reply in support of defendant AFT's and McElroy's motion to dismiss, April 11, 2003
- Washington Teachers Union Executive Board, Reply to plaintiff's memorandum of law in opposition to the motion to dismiss the claims against defendant Members of the Executive Board, April 11, 2003
- Nathan A. Saunders, II, Plaintiff's reply to defendants' opposition to preliminary injunction and motion to dismiss, April 4, 2003
- US Attorney for the District of Columbia, Criminal Complaint against Michael Wayne Martin in the Washington Teachers Union case, April 2, 2003

EXHIBIT
B    06-285 (RWR)

# DCPS♦WATCH

Back to Washington Teachers Union main page

# U.S. Department of Labor
## Complaint against Washington Teachers Union asking to void election of officers
*February 15, 2006*

DCPSWatch Home

**Major Areas**
DC Public Schools
Special Education
State Education Office
Vouchers
WTU

**Calendars**
Board of Education
School Year

**Columns**
Elizabeth Davis
Ron Drake
Erich Martel
Nathan Saunders

**Directories**
Schools

**Letters**

**Links**

**Organizations**
DC Education Compact
Parents United
Proposition 100%

**Press**

**Search**

**DCWatch Home**

MEMORANDUM

TO: Washington Teachers' Union Members
FROM: Jerome Brooks, Elizabeth Davis, Vernita Jefferson, Benita Nicholson
RE: WTU 2004-5 Election of Officers
DATE: February 21, 2006

The U.S. Department of Labor has determined that the December 28, 2004 election of union officers and the January 26, 2005 run-off election are *void* and has directed that a new election be conducted under the supervision of the U.S. Department of Labor. A law suit was filed February 15, 2006 in the United States District Court by the U.S. Secretary of Labor, Elaine Chao, to enforce the Labor Department's determination.

The determination was based on the following violations:

- failing to mail an election notice to every member at his or her last known home address at least fifteen days prior to the election;
- failing to mail a ballot to each member in good standing, and, as a result, denying those members the right to vote; and
- permitting ineligible voters to vote in violation of Defendant's Constitution Bylaws and Act. (Labor-Management Reporting and Disclosure Act of 1959)

For full disclosure of the findings, contact the U.S. Department of Labor at (202) 513-7300.

Back to top of page

---

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, 200 Constitution Avenue, N.W., Washington, D.C. 20210, Plaintiff,

v.

# DCPS♦WATCH

[Back to Washington Teachers Union main page](#)

# Washington Teachers' Union
## Response to Department of Labor complaint
*February 21, 2006*

DCPSWatch Home

Major Areas
DC Public Schools
Special Education
State Education Office
Vouchers
WTU

Calendars
Board of Education
School Year

Columns
Elizabeth Davis
Ron Drake
Erich Martel
Nathan Saunders

Directories
Schools

Letters

Links

Organizations
DC Education Compact
Parents United
Proposition 100%

Press

Search

DCWatch Home

The Washington Teachers' Union

1717 K Street, NW, Suite 902
Washington, DC 20036
www.wtulocal6.org

Contact: Troy Howard
Communications Director
Phone (202) 293-8600
Fax (202) 293-8633

Press Release

Tuesday, February 21, 2006

### Washington Teachers' Union President's Statement on the Department of Labor Complaint

In a statement released today, Washington Teachers' Union President George Parker stated:

"Based on preliminary information, the Department of Labor has issued a complaint implying inadequacies with the membership list used to mail election ballots. The validity of this complaint will be decided in an appropriate court of law. We believe that once the facts are reviewed, the WTU Membership and the public will conclude that the election was conducted in the fairest and most democratic manner possible and that all candidates were afforded an equal and fair opportunity to be elected.

The 2004 election of union officers was conducted by the American Federation of Teachers while the WTU was under an AFT administratorship. The current WTU officers were among the candidates seeking office at the time and had no involvement in any issues raised in the D.O.L. complaint.

We look forward to responding to and resolving this issue while we continue to rebuild the WTU, complete negotiations for a new teachers' contract and promote quality education for the children of the District of

Columbia public schools."

Back to top of page

Send mail with questions or comments to webmaster@dcpswatch.com
Web site copyright ©1997-2003, DCWatch