# DCPS♦WATCH

Back to Washington Teachers Union main page

# American Federation of Teachers
## Response to Department of Labor election complaint
### *February 21, 2006*

DCPSWatch
Home

| Department of Labor complaint |
| --- |

**Major Areas**
DC Public Schools
Special Education
State Education
Office
Vouchers
WTU

**Calendars**
Board of Education
School Year

**Columns**
Elizabeth Davis
Ron Drake
Erich Martel
Nathan Saunders

**Directories**
Schools

**Letters**

**Links**

**Organizations**
DC Education
Compact
Parents United
Proposition 100%

**Press**

**Search**

**DCWatch**
Home

For Immediate Release
February 21, 2006

Contact:
Alex Wohl
202/879-4458
awohl@aft.org

## AFT Outlines Extensive Outreach in 2005 WTU Election
### Response to Department of Labor Filing

WASHINGTON, D.C. — The American Federation of Teachers today responded to an action filed by the U.S. Department of Labor concerning alleged technical problems involving some member mailing addresses during the most recent election of Washington Teachers Union (WTU) officers by noting the extraordinary outreach to WTU members before that election and the resulting high turnout of members who voted in that election.

"This was an astoundingly successful return to a member-run organization," explained George Springer, the administrator appointed by the AFT in 2003 to run the WTU. "We made an extensive effort in the months preceding the December 2004 and January 2005 election to reach every WTU member and inform them of the upcoming election of officers. As a result of our vigorous efforts, we had one of the highest turnouts in any recent WTU election."

"We wanted this election to be one of the most democratic, most member-involved elections ever held by the WTU. And we achieved our goal," said Springer. "By any standard, our efforts were significant, but in comparison to prior WTU elections, they were virtually unprecedented."

The broad member outreach included a series of announcements at school meetings with teachers and with union building representatives who further disseminated the information, both through additional meetings with teachers and fliers about the election placed in teacher mailboxes. The outreach also included communications with

Exhibit
C  06-285 (RWR)

members through internal mail, the WTU newsletter, the WTU Web site, the WTU telephone hotline and postings on bulletin boards in teacher lounges.

The complaint filed by the U.S. Department of Labor does not address these efforts but only outlines technical statutory violations alleged to have occurred in the course of the election concerning the WTU mailing list. The allegations stem from complaints filed by several losing candidates.

Back to top of page

*Send mail with questions or comments to webmaster@dcpswatch.com*
*Web site copyright ©1997-2003, DCWatch*