UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>　Secretary of Labor<br><br>　　　Plaintiffs,<br><br>v.<br><br>WASHINGTON TEACHERS' UNION<br>LOCAL 6, AMERICAN FEDERATION<br>OF TEACHERS ,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0285 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

MOTION TO ALLOW EXTENSION OF TIME TO EFFECTUATE SERVICE

Plaintiff, Elaine Chao, Secretary of Labor, by and through her undersigned attorneys, moves under Fed. R. Civ. P. Rule 4(m) for the Court to allow additional time to effectuate service of the complaint and summons in this matter. As more fully described in the memorandum submitted in response to the Court's Order of June 20, 2006, (Response to Court's Order to Show Cause and Memorandum in Support of Motion to Allow Extension of Time to Effectuate Service), good cause exists for an additional extension of time to effectuate service until July 7, 2006. Such cause relates to the frequent absence of assigned counsel because of family emergencies and because dismissal of this action would prejudice the plaintiff by barring further proceedings because of statute of limitation issues. Therefore, plaintiff respectfully moves for an extension of time to effectuate service until July 7, 2006.

　　　　　　　　　　　　　　　　Respectfully submitted

　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　KENNETH L. WAINSTEIN, DC. Bar#451058
　　　　　　　　　　　　　　　　United States Attorney

                          _____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


                          _____/s/_____
LAURIE WEINSTEIN, D.C. Bar# 389511
Assistant United States Attorney
Judiciary Center Bldg.  Room E4820
555 4th Street, NW
Washington, DC 20530
(202) 514-7133