**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0940 0001 2055 6207

| Postage | $ | 6/23/06 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: GEORGE PARKER
Street, Apt. No.; or PO Box No. 1717 K STR., N.W. SUITE 902
City, State, ZIP+4 WASHINGTON, D.C. 20036

PS Form 3800, January 2001    See Reverse for Instructions

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 0940 0001 2055 6238

| Postage | $ | 6/23/06 |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: LEE JACKSON
Street, Apt. No.; or PO Box No. 1300 L ST., N.W. SUITE 1200
City, State, ZIP+4 WASHINGTON, D.C. 20005

PS Form 3800, January 2001    See Reverse for Instructions

---

ATES DISTRICT COURT
rict of Columbia

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

TO: L. WEINSTEIN
SUMMONS AND COMPLAINT MAILED OUT 6/23/06

ARKER
dent
Teachers' Union Local 6 of
n Federation of Teachers
eet, N.W.
n, D.C. 20036

required to serve on PLAINTIFF'S ATTORNEY (name and address)

1717 K Street, N.W.

Assistant United States Attorney
555 4TH Str., N.W., Room E4820
Washington, D.C. 20530
(202) 514-7133

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                              DATE

(By) DEPUTY CLERK

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0001 2055 6207

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

6/23/06

Sent To: GEORGE PARKER
Street, Apt. No.; or PO Box No.: 1717 K STR., N.W. SUITE 902
City, State, ZIP+4: WASHINGTON, D.C. 20036

1717 K Street, N.W.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 1940 0001 2055 6238

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

6/23/06

Sent To: LEE JACKSON
Street, Apt. No.; or PO Box No.: 1300 L ST., N.W. SUITE 1200
City, State, ZIP+4: WASHINGTON, DC. 20005

Assistant United States Attorney
555 4TH Str., N.W., Room E4820
Washington, D.C. 20530
(202) 514-7133

an answer to the complaint which is served on you with this
of this summons on you, exclusive of the day of service. If
the relief demanded in the complaint. Any answer that you
Court within a reasonable period of time after service.

CLERK



Home | Help

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1940 0001 2055 6238**
Status: **Delivered**

Your item was delivered at 3:29 pm on June 26, 2006 in WASHINGTON, DC 20005.

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

 **POSTAL INSPECTORS**
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1940 0001 2055 6207**
Status: **Delivered**

Your item was delivered at 12:10 pm on June 27, 2006 in WASHINGTON, DC 20036.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy