To:     File

From:   Brenda Zwack

Date:   March 9, 2006

Re:     *Chao v. Washington Teachers Union, Local 6, AFT*, United States District Court for the District of Columbia, Case No. 1:06-CV-00285

Today, I had a telephone conversation with Laurie J. Weinstein, Assistant US Attorney, regarding DOL's failure to serve the Complaint in the above referenced case.

Weinstein initiated call, but was responding to several messages I had left her, beginning on or about February 28, 2006 (her voice mail greeting at the time had said that she was away from the office for an unspecified period of time for a personal matter and, when asked, her secretary provided no additional information or date upon which she was expected to return to the office). My earlier calls to her, during her absence, had been for the purpose of attempting to clarify why she had sent a Complaint without a summons or case number.

I introduced myself as counsel for WTU and told her that I work with Lee Jackson who is also counsel for WTU.

I asked Ms. Weinstein whether she was aware that she had never served the Union with the Complaint. She stated that she was not aware of that fact. She then explained that she had several new support staff members in her office and there must have been some sort of mix up. She confirmed that she had sent a courtesy copy of the Complaint to Lee Jackson. I agreed that she had done that, but I told her he did not accept service for the Union and, in any event, no one has ever seen a summons.

Ms. Weinstein thanked me for making her aware of the deficiency and assured me that she would properly serve the Complaint. She said that the Union's time to respond would not start to run until the Complaint was properly served. I said "No, of course it would not."

|                |
| -------------- |
| ATTACHMENT A,  |
| EXHIBIT 3      |