# UNITED STATES DISTRICT COURT
## District of Columbia

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,
200 Constitution Avenue, N.W.
Washington, D.C. 20210

**SUMMONS IN A CIVIL CASE**

V.

Washington Teachers' Union Local 6 of
the American Federation of Teachers
1717 K Street, N.W.
Suite 902
Washington, D.C. 20036

CASE NUMBER:

TO: (Name and address of Defendant)

| | |
|---|---|
| LEE JACKSON<br>O'Donnell, Scwartz & Anderson<br>1300 L Street, N.W.,Suite 1200<br>Washington, D.C. 20005<br>(202) 898-1707 | GEORGE PARKER<br>Local President<br>Washington Teachers' Union Local 6 of<br>the American Federation of Teachers<br>1717 K Street, N.W.<br>Suite 902<br>Washington, D.C. 20036 |

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurie Weinstein
Assistant United States Attorney
555 4TH Str., N.W., Room E4820
Washington, D.C. 20530
(202) 514-7133

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____   _____
CLERK                                                                    DATE

_____
(By) DEPUTY CLERK

ATTACHMENT A,
EXHIBIT 5

RECEIVED JUN 2 7 2006

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                               *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

JS-44
(Rev. 2/01 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Elaine L. Chao, Secretary of Labor,
United States Department of Labor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

Washington Teachers' Union Local 6 of
the American Federation of Teachers

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved.

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

LAURIE WEINSTEIN
Assistant United States Attorney
555 4th Street, NW Rm E4820
Washington, DC 20530
(202) 514-7133

## ATTORNEYS (IF KNOWN)

LEE JACKSON
O'Donnell, Scwartz & Anderson
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 898-1707

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

- ● 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY!)
(SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ⦿ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☒ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
⦿ 1 Original Proceeding ○ 2 Removed from State Court ○ 3 Remanded from Appellate Court ○ 4 Reinstated or Reopened ○ 5 Transferred from another district (specify) ○ 6 Multi district Litigation ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
29 U.S.C. §§ 481-84 (the "Act")

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Select YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 2/15/06   SIGNATURE OF ATTORNEY OF RECORD [signature]

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

FILED
FEB 15 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELAINE L. CHAO,
Secretary of Labor,
United States Department of Labor,
200 Constitution Avenue, N.W.
Washington, D.C. 20210,

Plaintiff,

v.

WASHINGTON TEACHERS' UNION LOCAL 6 OF
THE AMERICAN FEDERATION OF TEACHERS,
1717 K Street, N.W., Suite 902
Washington, D.C. 20036,

Defendant.

CASE NUMBER 1:06CV00285

JUDGE: Richard W. Roberts

DECK TYPE: Labor/ERISA (non-employme)

DATE STAMP: 02/15/2006

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff Elaine L. Chao, Secretary of Labor, alleges as follows:

### NATURE OF THE ACTION

1. This action is brought under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, 29 U.S.C. §§ 481-84 (the "Act"), for a judgment declaring that the December 28, 2004 election of union officers, and the January 26, 2005 run-off election of union officers conducted by Defendant Washington Teachers' Union Local 6 (Defendant) of the American Federation of Teachers, for the offices of President, General Vice President, Recording Secretary, Treasurer, Vice President Senior High, Vice President Junior High, Vice President Elementary, Vice President Special Education,

1

Vice President Special Services, Vice President Career Development, Member-At-Large Senior High (2), Member-At-Large Junior High (2), Member-At-Large Elementary (4), and Member-At-Large Special Services (3) are void, and directing Defendant to conduct a new election for these offices under Plaintiff's supervision, and for other appropriate relief.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b), 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

3. Venue lies in this district pursuant to 29 U.S.C. § 482(b) and 28 U.S.C. § 1391(b).

## PARTIES

4. Plaintiff Elaine L. Chao is the duly appointed Secretary of Labor, United States Department of Labor. Plaintiff is authorized to bring this action under section 402(b) of Title IV of the Act, 29 U.S.C. § 482(b).

5. Defendant is, and at all times relevant to this action has been, an unincorporated association maintaining its principal office at 1717 K Street, N.W., Suite 902, City of Washington, District of Columbia.

## FACTUAL ALLEGATIONS

6. Defendant is, and at all times relevant to this action has been, a Local labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(b) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(b)).

7. Defendant purporting to act pursuant to its Constitution and Bylaws, conducted an election of union officers on December 28, 2004, and a run-off election of union

2

officers on January 26, 2005, and these elections were subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484).

### Complainants Jerome Brocks and Vernita Jefferson

8. By letter dated January 28, 2005, to the Defendant Election Committee, the complainants Jerome Brocks and Vernita Jefferson, members in good standing of the Defendant, protested the January 26, 2005 election.

9. By letter dated February 17, 2005, to Vernita Jefferson, the Defendant Election Committee denied the protest.

10. By letter dated February 28, 2005, the complainants appealed the decision of the Defendant Election Committee to the American Federation of Teachers (National) Secretary-Treasurer.

### Complainant Elizabeth Davis

11. By letter dated January 28, 2005, to the Defendant Election Committee, the complainant, Elizabeth Davis, a member in good standing of Defendant, protested the December 28, 2004 election and the January 26, 2005 election.

12. By letter dated February 17, 2005, to the complainant, the Defendant Election Committee denied the protest.

13. By letter dated March 10, 2005, the complainant appealed the decision of the Defendant Election Committee to the National President.

### Complainant Benita Nicholson

14. By letter dated February 14, 2005, to the Defendant Election Committee, the complainant, Benita Nicholson, a member in good standing of Defendant, protested the December 28, 2004 election and the January 26, 2005 election.

3

15. By a second letter received on February 24, 2005, to the National Executive Council, the complainant protested the December 28, 2004 election and the January 26, 2005 election.

16. By letter dated May 4, 2005, to complainants Jerome Brocks, Vernita Jefferson, Elizabeth Davis, and Benita Nicholson, the National Secretary-Treasurer denied the complainants appeals and protest.

17. Having followed the directive of the union for challenging an election of union officers and having received a final decision, the complainants filed their timely complaints with the Secretary of Labor on June 1, 2005 and June 3, 2005, respectively, in accordance with the provisions of section 402(a)(1) of the Act (29 U.S.C. § 482(a)(1)).

18. In a series of letters, the Defendant agreed that the time within which the Plaintiff may bring suit with respect to the Defendant's aforesaid elections be extended to February 15, 2006.

19. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), the Plaintiff investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that: (1) violations of Title IV of the Act (29 U.S.C. §§ 481-484) had occurred in the conduct of the Defendant's December 28, 2004 election and the January 26, 2005 run-off election; and (2) that such violations had not been remedied at the time of the institution of this action.

4

## CAUSE OF ACTION

**Violations of the Labor-Management Reporting and Disclosure Act, Section 401 (29 U.S.C. § 481)**

20. Defendant violated section 401(e) of the Act, 29 U.S.C. § 481(e), during the conduct of the aforesaid elections by:

(a) failing to mail an election notice to every member at his or her last known home address at least fifteen days prior to the election;

(b) failing to mail a ballot to each member in good standing and, as a result, denying those members the right to vote; and

(c) permitting ineligible voters to vote in violation of Defendant's Constitution and Bylaws and the Act.

21. The violations of section 401(e) (29 U.S.C. § 481(e)) may have affected the outcome of the Defendant's elections for the offices of President, General Vice President, Recording Secretary, Treasurer, Vice President Senior High, Vice President Junior High, Vice President Elementary, Vice President Special Education, Vice President Special Services, Vice President Career Development, Member-At-Large Senior High (2), Member-At-Large Junior High (2), Member-At-Large Elementary (4), and Member-At-Large Special Services (3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment:

(1) Declaring the Defendant's elections for the offices of President, General Vice President, Recording Secretary, Treasurer, Vice President Senior High, Vice President Junior High, Vice President Elementary, Vice President Special Education, Vice

5

President Special Services, Vice President Career Development, Member-At-Large Senior High (2), Member-At-Large Junior High (2), Member-At-Large Elementary (4), and Member-At-Large Special Services (3) are void;

(2) Directing the Defendant to conduct a new election for those offices under the supervision of the Plaintiff;

(3) For the costs of this action; and

(4) For such other relief as may be appropriate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney
DC Bar No.

By: _____
LAURIE J. WEINSTEIN,
D.C. Bar # 389511
Assistant U.S. Attorney
Civil Division
DC Bar No.
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530
Phone: (202) 514-7133

OF COUNSEL:

HOWARD M. RADZELY
Solicitor of Labor

KATHERINE E. BISSELL
Associate Solicitor

ALEXANDRA A. TSIROS
Counsel for Advice

WILLIE B. WHITE
Attorney
U.S. Department of Labor

US POSTAGE $05.120
06/23/2006
Mailed From 20530
US OFFICIAL MAIL
$300 Penalty For Private Use

CERTIFIED MAIL
7001 1940 0001 2055 6207

RECEIVED JUN 2 7 2006

GEORGE PARKER
Local President
Washington Teachers' Union Local 6 of
the American Federation of Teachers
1717 K Street, N.W.
Suite 902
Washington, D.C. 20036

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001
Official Business
Penalty for Private Use $300

**UNITED STATES POSTAL SERVICE**

Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1940 0001 2055 6207**
Status: **Delivered**

Your item was delivered at 12:10 pm on June 27, 2006 in WASHINGTON, DC 20036.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy