UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ELAINE L. CHAO,                         )
                                        )
            Plaintiff                   )
                                        )
      v.                                )        Case No. 1:06-CV-00285-RMR
                                        )
WASHINGTON TEACHERS' UNION,             )
LOCAL 6 OF THE AMERICAN                 )
FEDERATION OF TEACHERS,                 )
                                        )
            Defendant.                  )
_____)

**ORDER**

        Upon consideration of Defendants Washington Teachers' Union, Local #6, American

Federation of Teachers, AFL-CIO's Motion to Dismiss and the record as a whole, it is this _____

day of _____, 2006, hereby

        **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.  It is further,

        **ORDERED** that the complaint is dismissed without prejudice.


                                        _____
                                        United States District Court Judge



Copies to:

Brenda Zwack
O'Donnell, Schwartz & Anderson, P.C.
bzwack@odsalaw.com

Laurie Weinstein
United States Attorney's Office
Laurie.Weinstein2@usdoj.gov