AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ELAINE L. CHAO
Secretary of Labor
United States Department of Labor
200 Constitution Avenue N.W.
Washington, D.C. 20210

**SUMMONS IN A CIVIL CASE**

V.

Washington Teachers' Union Local 6
of the American Federation of Teachers
1717 K Street, N.W.
Suite 902
Washington, D.C. 20036

CASE NUMBER: 06-285 RWR

TO: (Name and address of Defendant)

Washington Teachers' Union Local 6
of the American Federation of Teachers
  Serving: George Parker, Local President
1717 K Street, N.W., Suite 902
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Laurie Weinstein
Assistant United States Attorney
555 4th Street, N.W. Room E4820
Washington, D.C. 20530

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                          7/5/06

_____                  _____
CLERK                                                DATE

T. Davis
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Elaine L. Chao, Secretary of Labor, United States Department of Labor

vs.

Washington Teachers' Union Local 6 of The American Federation of Teachers

No. 1:06CV00285 RWR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint for Declaratory and Injunctive Relief in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 4:15 pm on July 7, 2006, I served Washington Teachers' Union Local 6 of The American Federation of Teachers c/o George Parker, Local President at 1717 K Street, NW, Suite 902, Washington, DC 20036 by serving George Parker, Local President, authorized to accept. Described herein:

```
SEX-    MALE
AGE-    50
HEIGHT- 6'0"
HAIR-   BLACK
WEIGHT- 200
RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 07-10-06
Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 173288

CAPITOL PROCESS SERVICES, INC.
1827 18th Street, N.W.
Washington, D.C. 20009-5526
(202) 667-0050
Tax I.D. 52-2283731

07-07-2006

LAURIE WEINSTEIN, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
501 3RD STREET, NW
WASHINGTON, DC 20530

Elaine L. Chao, Secretary of Labor, United States Department of Labor v. Washington Teachers' Union Local 6 of The American Federation of Teachers

Case No. 1:06CV00285 RWR

Invoice No. 173288

Client Matter No. N/A

SERVICE OF PROCESS
Washington Teachers' Union Local 6 of The American Federation of Teachers c/o George Parker, Local President, 1717 K Street, NW, Suite 902, Washington, DC 20036
07-07-2006

| | |
|---|---|
| COURIER SERVICE - RUSH | $20.00 |
| SERVICE OF PROCESS - RUSH | $90.00 |

AMOUNT PAID-

**BALANCE DUE UPON RECEIPT-**　　　　　　　　　　$110.00

Please write invoice no. 173288 on your check.

**Case Comments-**