UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO,<br><br>      Plaintiff<br><br>      v.<br><br>WASHINGTON TEACHERS' UNION,<br>LOCAL 6 OF THE AMERICAN<br>FEDERATION OF TEACHERS,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:06-CV-00285-RMR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME OF DEFENDANT
WASHINGTON TEACHERS' UNION, LOCAL #6,
AMERICAN FEDERATION OF TEACHERS, AFL-CIO**

Defendant, Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO ("WTU") respectfully moves this Court for an extension of time to file a responsive pleading in the above captioned lawsuit. At present, the WTU's response is due no later than Monday, October 23, 2006. WTU requests an extension of time until November 13, 2006, to file its response to the complaint.

WTU requests this extension of time for several reasons. First, undersigned counsel has been occupied defending another client in protracted unrelated federal appeals before the United States Courts of Appeals for the Second and Seventh Circuits. Second, due to an unexpected, but serious illness and hospitalization of her husband and ongoing chemotherapy treatments for her mother who is suffering from advanced cancer, undersigned counsel has been away from the office on numerous occasions over the last two months to attend to her family.

WTU respectfully requests that for the foregoing good cause shown, the Court grant an

extension of time for three weeks until November 13, 2006.

    Counsel for WTU has contacted counsel for the plaintiff and she has consented to this extension.

Date:   October 18, 2006                    Respectfully submitted,

                                                O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                                By:   */s/ Brenda C. Zwack*
                                                      Brenda C. Zwack (DC Bar No. 482673)
                                                      1300 L Street, NW, Suite 1200
                                                    Washington, DC 20005
                                                    (202) 898-1707/Fax (202) 682-9276
                                                    bzwack@odsalaw.com

                                                *Attorneys for the Washington Teachers Union, Local #6, American Federation of Teachers, AFL-CIO*

**Certificate of Service**

I hereby certify that I have this day caused the following people to be served by first-class mail postage pre-paid and through the court's electronic case filing system with a copy of the foregoing Defendant Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO's Motion for an Extension of Time and a proposed order.

>Laurie J. Weinstein
>United States Attorney's Office
>555 4th Street, N.W.,  Room E4820
>Washington, D.C. 20530

October 18, 2006                                       */s/ Brenda C. Zwack*
                                                                    Brenda C. Zwack