UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELAINE L. CHAO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00285-RMR |
| ) | |
| WASHINGTON TEACHERS' UNION, ) | |
| LOCAL 6 OF THE AMERICAN ) | |
| FEDERATION OF TEACHERS, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendants Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO's Motion for an Extension of Time, it is this _____ day of _____, 2006, hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**.  It is further,

**ORDERED** that the defendant shall have until November 13, 2006, to file a response to the complaint

_____
United States District Court Judge


Copies to:

Brenda Zwack
O'Donnell, Schwartz & Anderson, P.C.
bzwack@odsalaw.com

Laurie Weinstein
United States Attorney's Office
Laurie.Weinstein2@usdoj.gov