UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00285-RMR |
| | ) | |
| WASHINGTON TEACHERS' UNION, | ) | |
| LOCAL 6 OF THE AMERICAN | ) | |
| FEDERATION OF TEACHERS, | ) | |
| | ) | |
| Defendant. | ) | |

---

**SECOND MOTION FOR EXTENSION OF TIME OF DEFENDANT
WASHINGTON TEACHERS' UNION, LOCAL #6,
AMERICAN FEDERATION OF TEACHERS, AFL-CIO**

Defendant, Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO ("WTU") respectfully moves this Court for a second extension of time to file a responsive pleading in the above captioned lawsuit. At present, the WTU's response is due no later than Monday, November 13, 2006. WTU requests an extension of time until December 18, 2006, to file its response to the complaint.

WTU requests this extension of time because the parties are actively exploring the possibility of settlement. The parties agree that an extension of time for WTU to file its response is in the best interests of reaching an amicable solution of this matter. For this reason, WTU respectfully requests that the Court grant this second request for an extension of time to file its responsive pleading.

Counsel for WTU has contacted counsel for the plaintiff and she has consented to this extension.

Date:   November 8, 2006                     Respectfully submitted,

                                            O'DONNELL, SCHWARTZ & ANDERSON, P.C.

                                            By:   /s/ Brenda C. Zwack
                                                    Brenda C. Zwack (DC Bar No. 482673)
                                                    1300 L Street, NW, Suite 1200
                                                    Washington, DC 20005
                                                    (202) 898-1707/Fax (202) 682-9276
                                                    bzwack@odsalaw.com

                                            *Attorneys for the Washington Teachers Union,
                                            Local #6, American Federation of Teachers, AFL-
                                            CIO*

**Certificate of Service**

I hereby certify that I have this day caused the following people to be served by first-class mail postage pre-paid and through the court's electronic case filing system with a copy of the foregoing Defendant Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO's Motion for an Extension of Time and a proposed order:

> Laurie Weinstein
> Assistant United States Attorney
> United States Attorney's Office
> Judiciary Center Building
> 555 Fourth Street, N.W.
> Washington, DC 20530

November 8, 2006                         _____/s/ Brenda C. Zwack_____
                                        Brenda C. Zwack