UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO, | ) |
| Plaintiff | ) |
| v. | ) Case No. 1:06-CV-00285-RMR |
| WASHINGTON TEACHERS' UNION, LOCAL 6 OF THE AMERICAN FEDERATION OF TEACHERS, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendants Washington Teachers' Union, Local #6, American Federation of Teachers, AFL-CIO's Second Motion for an Extension of Time, it is this _____ day of _____, 2006, hereby

**ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. It is further,

**ORDERED** that the defendant shall have until December 18, 2006, to file a response to the complaint.

_____
United States District Court Judge

Copies to:

Brenda Zwack
O'Donnell, Schwartz & Anderson, P.C.
bzwack@odsalaw.com

Laurie Weinstein
United States Attorney's Office
Laurie.Weinstein2@usdoj.gov