UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>    Secretary of Labor,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON TEACHERS' UNION<br>    LOCAL 6, AMERICAN<br>    FEDERATION OF TEACHERS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil No. 06-0285 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

On December 29, 2006, this matter was reassigned from Judge Richard W. Roberts to Chief Judge Thomas F. Hogan. Accordingly, it is hereby

**ORDERED** that all parties shall appear for an initial scheduling conference on **Thursday, February 15, 2007 at 10:00 a.m. in Courtroom 25A**. The scheduling conference will be held for the purposes specified in Fed. R. Civ. P. 26(f), in accordance with Fed. R. Civ. P. 16. Counsel shall confer pursuant to Rule 16.3(a) of the Local Civil Rules and Fed. R. Civ. P. 26(f) and shall submit their Joint Rule 16.3 Statement addressing all topics listed in Rule 16.3(c) no later than five business days before the initial scheduling conference. It is further

**ORDERED** that from this date forward, counsel provide chambers, not the Clerk's Office, with a printed courtesy copy of any electronically-filed document that exceeds fives pages in length and/or includes more than one exhibit. Any exhibits shall be appropriately tabbed for ease of reference. The parties are reminded that all documents must be filed by electronic means in

compliance with LcvR 5.4, which addresses cases assigned to the Case Management/Electronic Case Management Filing System ("CM/ECF").

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings. Given counsels' competence and experience, the Court is confident that this objective will be accomplished without judicial intervention.

Any request for an extension or enlargement of time, as well as any request to reschedule a proceeding, shall be by motion addressed to the Court.

**SO ORDERED**.

January 5, 2007

/s/
Thomas F. Hogan
Chief Judge