UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 6 - 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELAINE L. CHAO,<br>　　　Secretary of Labor | ) | |
| | ) | |
| | ) | |
| 　　　Plaintiff, | ) | |
| | ) | |
| 　　　　　　　v. | ) Civil Action No. 06-0285 (TFH) | |
| | ) | |
| WASHINGTON TEACHERS' UNION<br>LOCAL #6, AMERICAN FEDERATION<br>OF TEACHERS, | )<br>)<br>) | |
| | ) | |
| 　　　Defendant. | ) | |
| | ) | |

## STIPULATION OF SETTLEMENT AND ORDER

This action was brought by the Secretary of Labor, United States Department of Labor

(hereinafter referred to as the "Secretary"), pursuant to Title IV of the Labor-Management

Reporting and Disclosure Act of 1959 ("LMRDA" or "Act"), 29 U.S.C. § 401, *et seq.*,

requesting a judgment declaring that the December 28, 2004 election and the January 26, 2005

run-off election of union officers of Washington Teachers' Union, Local #6, American

Federation of Teachers, AFL-CIO (hereinafter referred to as "WTU Local 6") for the offices of

President, General Vice President, Recording Secretary Treasurer, Vice President Senior High,

Vice President Junior High, Vice President Elementary, Vice President Special Education, Vice

President Special Services, Vice President Career Development, Member-at-Large Senior High

(2), Member-at-Large Junior High (2), Member-at-Large Elementary (4), and Member-at-Large

Special Services (3), are void, and directing WTU Local 6 to conduct a new election for those

offices to be held under the supervision of the Secretary.

The Secretary and WTU Local 6, having appeared by counsel, and having denied the

violations alleged in the Complaint, in order to resolve the issues contained in this action without

the necessity of further litigation, stipulate and agree as follows:

1. The Parties, in settlement of this action, hereby stipulate and agree that WTU Local 6

shall conduct its next regularly scheduled nominations and officer elections for all the above-

identified positions under the supervision of the Secretary. Such next regularly scheduled

nominations and officer elections will begin in March 2007. Such supervised election is to be

completed no later than 180 days from entry of this Stipulation of Settlement and Order.

2. The supervised election shall be conducted in accordance with Title IV of the Act, 29

U.S.C. §481 *et seq.*, and, insofar as lawful and practicable, in accordance with the Constitution

and Bylaws of WTU Local 6, and the Constitution of the American Federation of Teachers,

AFL-CIO ("AFT"). The persons elected in the supervised election shall be installed as soon as

practicable after the Secretary's certification of the tally of ballots, and shall serve the full term

for which they were elected as specified in the Constitution and Bylaws of WTU Local 6, and

the Constitution of the AFT.

3. Immediately after the date of the entry of this Stipulation and Order, the WTU shall

use its best efforts to provide the Secretary with a list of the names and addresses for all current

members of the WTU and to provide the Secretary with copies of the most current dues check-

off reports for all employers with whom the WTU has a collective bargaining agreement. Once

the WTU has provided such information to the Secretary, the WTU will be responsible for

updating the WTU membership database and for obtaining updated addresses of WTU members,

as instructed by the Secretary.

4. All decisions as to the interpretation or application of Title IV of the Act, and of the

Constitution and Bylaws of WTU Local 6 and the Constitution of the AFT relating to the

2

supervised election, are to be determined by the Secretary or her representative, and such

decisions in all matters shall be final, unless and until any such decisions are, on application of

WTU Local 6, set aside by the Court.

5. The processing of this action shall be held in abeyance pending the completion of the

supervised election and the certification of results therefrom by the Secretary to this Court. After

completion of the supervised election, the Secretary shall certify to the Court the names of the

persons so elected; that such election was conducted in accordance with Title IV of the LMRDA;

and, insofar as lawful and practicable, that the election was conducted in accordance with the

provisions of the Constitution and Bylaws of WTU Local 6, and the Constitution of the AFT.

Upon approval by the Court of such certification, the Court shall enter a judgment declaring that

such persons have been elected as shown by such certification, pursuant to 29 U.S.C. § 482

(c)(2) of the Act.

6. The Secretary of Labor and WTU Local 6 have entered into this Stipulation for the

sole purpose of resolving the issues herein without further litigation, and for no other purpose.

By executing this Stipulation, WTU Local 6 does not admit any wrongdoing or violation of the

Act; nor does WTU Local 6 admit any wrongdoing or violation of any other applicable laws

related to the allegations in the Complaint.

7. It is further stipulated and agreed that each Party shall bear its own fees, costs, and

other expenses incurred by such Party in connection with any stage of this proceeding.

//

//

//

//

This Stipulation and Order may be signed in counterparts.

For the Defendant:

Dated:

        O'DONNELL, SCHWARTZ & ANDERSON, P.C.
        Attorneys for the Washington Teachers' Union, Local #6,
        American Federation of Teachers, AFL-CIO

By:        /s/
        LEE W. JACKSON (D.C. Bar No. 436010)
        BRENDA C. ZWACK (D.C. Bar No. 482673)
        1300 L Street, N.W., Suite 1200
        Washington, D.C. 20005-4126
        (202) 898-1 707/Fax (202) 682-9276
        bzwack~odsalaw.com

For the Plaintiff:

        JEFFREY A. TAYLOR
        United States Attorney for the
        District of Columbia

By:        /s/
        LAURIE WEINSTEIN, D.C. Bar 389511
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        Telephone: (202) 514-7133
        Facsimile: (202) 514-8780

SO ORDERED:

5 February 2007

UNITED STATES DISTRICT COURT
Thomas E Hogan
Chief Judge

4