**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELAINE L. CHAO,**    Secretary of Labor, | )<br>)<br>) |
|     Plaintiff, | )<br>) |
| v. | )   **Civil No. 06-0285 (TFH)**<br>) |
| **WASHINGTON TEACHERS' UNION**<br>    **LOCAL 6, AMERICAN**<br>    **FEDERATION OF TEACHERS,** | )<br>)<br>)<br>) |
|     **Defendant.** | ) |

## ORDER

On February 5, 2007, the parties filed and this Court signed a Stipulation of Settlement and Order. [dkt. 13] Accordingly, it is hereby

**ORDERED** that the scheduling conference set for **Thursday, February 15, 2007 at 10:00 a.m. in Courtroom 25A** is cancelled.

**SO ORDERED**.

February 6, 2007
                                                    /s/
                                        Thomas F. Hogan
                                          Chief Judge