UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE L. CHAO,<br>   Secretary of Labor<br><br>       Plaintiffs,<br><br>v.<br><br>WASHINGTON TEACHERS' UNION<br>LOCAL 6, AMERICAN FEDERATION<br>OF TEACHERS,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-0285 (TFH)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### UNITED STATES' NOTICE TO COURT OF CERTIFICATION OF ELECTION

Plaintiff Elaine L. Chao, United States Department of Labor (the Secretary) hereby notices that, in accordance with the Stipulation of Settlement in this matter filed February 6, 2007, the results from the election held in compliance with that settlement have been certified. The results, attached hereto, are presented to the Court for its approval, upon which this matter may be dismissed.

JEFFREY A. TAYLOR
United States Attorney

RUDOLPH CONTRERAS
Civil Chief

LAURIE WEINSTEIN, D.C. Bar 389511
Assistant United States Attorney
555 4th Street, NW   Room E4820
Washington, DC 20530
Telephone: (202) 514-7133
Facsimile: (202) 514-8780